UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition to Compel Arbitration between<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and its related insurers,<br><br>Petitioner,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Respondent. | **No. 16-cv-05699** |

## NOTICE OF APPEARANCE

To The Clerk of the District Court:

Kindly enter my appearance on behalf of Respondent in the above-captioned matter.

July 26, 2016

By:  /s/ Nicholas R. Maxwell
Nicholas R. Maxwell
Anderson Kill P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:  267-216-2700
nmaxwell@andersonkill.com

*Attorneys for Respondent Advanced Micro Devices*

nydocs1-1070590.1