UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
                        Plaintiff,

           16 civ 5699 (JGK)

      -against-

ADVANCED MICRO DEVICE.,
                        Defendant.
-----------------------------------------------------------------X

## ORDER

The parties shall report on the status on this case by **February 5, 2018**.

**SO ORDERED.**

                                                JOHN G. KOELTL
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 29, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/29/18