UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL UNION FIRE INSURANCE : 
COMPANY OF PITTSBURGH, PA. on behalf of :
itself and its related insurers, :     No. 16-CV-05699-JGK
                                                                 :
                            Claimant, :
                                                                  :     **Joint Status Report**
            v. :

ADVANCED MICRO DEVICES, INC., :
                                    Respondent. :
                                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - -- - - - - x

Pursuant to the Court's Order entered January 29, 2018, Claimant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Respondent Advanced Micro Devices, Inc. ("AMD") respectfully submit this Joint Status Report in the above-referenced matter.

1.      Pursuant to the Court's August 12, 2016 order compelling arbitration, the parties have appointed their party arbitrators, and the party arbitrators have selected an Umpire.

2.      The hearing on the above-referenced matter is set to begin on July 23, 2018 in New York, New York.

Should the Court require additional information from the parties, counsel is available at the Court's request.

Dated: February 5, 2018
        New York, NY                                SIDLEY AUSTIN LLP

                                       By:    /s/ Andrew D. Hart
                                                        Nicholas P. Crowell
                                                        Andrew D. Hart
                                                        787 Seventh Avenue

        New York, New York 10019
        Tel.:  212-839-5300
        Fax:  212-839-5599

*Attorneys for National Union*
*Fire Ins. Co. of Pittsburgh, Pa.*

SHARTSIS FRIESE LLP

By:    /s/ Tony Leuin

Tony Leuin
Roey Z. Rahmil
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Tel.:  415-421-6500
Fax:  415-421-2922

*Attorneys for Advanced Micro Devices, Inc.*