```
UNITED STATES DISCTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                            DOCUMENT
                                                         ELECTRONICALLY FILED
------------------------------------x                    DOC# _____
NATIONAL UNION FIRE INSURANCE        :                   DATE FILED: 2·6·18
COMPANY OF PITTSBURGH, PA. on behalf of :
itself and its related insurers,     :
                                     :                   No. 16-CV-05699-JGK
            Claimant,                :
                                     :                   Joint Status Report
       v.                            :
                                     :
ADVANCED MICRO DEVICES, INC.,        :
                                     :
            Respondent.              :
                                     :
------------------------------------x
```

Pursuant to the Court's Order entered January 29, 2018, Claimant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Respondent Advanced Micro Devices, Inc. ("AMD") respectfully submit this Joint Status Report in the above-referenced matter.

1. Pursuant to the Court's August 12, 2016 order compelling arbitration, the parties have appointed their party arbitrators, and the party arbitrators have selected an Umpire.

2. The hearing on the above-referenced matter is set to begin on July 23, 2018 in New York, New York.

Should the Court require additional information from the parties, counsel is available at the Court's request.

Dated: February 5, 2018
       New York, NY                    SIDLEY AUSTIN LLP

                                       By:  /s/ Andrew D. Hart
                                            _____
                                            Nicholas P. Crowell
                                            Andrew D. Hart
                                            787 Seventh Avenue

02921\063\8132219.v1

*[Handwritten note:]* The parties should provide a further status report within 14 days [of] the arbitration decision. So ordered. 2/6/18 [signature] U.S.D.J.

New York, New York 10019
Tel.: 212-839-5300
Fax: 212-839-5599

*Attorneys for National Union*
*Fire Ins. Co. of Pittsburgh, Pa.*

SHARTSIS FRIESE LLP

By: /s/ Tony Leuin
---
Tony Leuin
Roey Z. Rahmil
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Tel.: 415-421-6500
Fax: 415-421-2922

*Attorneys for Advanced Micro Devices, Inc.*

02921\063\8132219 v1