UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In the Matter of the Arbitration between

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., on behalf of
itself and its related insurers,

          Petitioner,

v.

ADVANCED MICRO DEVICES, INC.,

          Respondent.
------------------------------------x

No. 16-CV-05699-JGK

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner National Union Fire Insurance Company of Pittsburgh, Pa., on behalf of itself and its related insurers, and Respondent Advanced Micro Devices, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed and discontinued with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and that each party shall bear his, her or its own costs, expenses, and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED, that this Agreement may be executed by facsimile or email and in counterparts, all of which shall together constitute one and the same instrument. For the purposes of this stipulation, copies of signatures shall be deemed originals. Any party hereto may present this stipulation to the Court without notice to any other party.

Dated: New York, New York
January 15, 2019

| SIDLEY AUSTIN LLP | SHARTSIS FRIESE LLP |
|---|---|
| By: /s/ Nicholas P. Crowell | By: /s/ Anthony B. Leuin /REK |
| Nicholas P. Crowell | Anthony B. Leuin |
| ncrowell@sidley.com | aleuin@sflaw.com |
| Andrew D. Hart | Roey Z. Rahmil |
| ahart@sidley.com | rrahmil@sflaw.com |
| SIDLEY AUSTIN LLP | SHARTSIS FRIESE LLP |
| 787 Seventh Avenue | One Maritime Plaza, 18th Floor |
| New York, New York 10019 | San Francisco, California 94111 |
| (212) 839-5300 | (415) 421-6500 |

*Attorneys for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa.*

-- and --

Robert D. Chesler
rchesler@andersonkill.com
Marshall Gilinsky
mgilinsky@andersonkill.com
Nicholas R. Maxwell
nmaxwell@andersonkill.com
ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

*Attorneys for Respondent Advanced Micro Devices, Inc.*